# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -00315(1) |
| | § |
| (1) Rosalba Pablo-Ambrosio | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 09, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Rosalba PABLO-Ambrosio, an alien, entered, or was found in the United States at or near Comstock, Texas, after having been denied admission, excluded, deported, or removed from the United States through Nogales, Az on 10/24/2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Rosalba PABLO-Ambrosio, was arrested by Border Patrol Agents, on February 09, 2022 for being an alien illegally present in the United States. Investigation and records of*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Lozano, Bruno
Border Patrol Agent

02/11/2022                    at    DEL RIO, Texas
File Date                           City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE              Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                    Case Number: DR:22-M -00315(1)

(1) Rosalba Pablo-Ambrosio

**Continuation of Statement of Facts:**

the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 10/24/2014 through Nogales, Az. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____            _____
Signature of Judicial Officer                    Signature of Complainant